JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDROS LONG,<br><br>      Plaintiff,<br>  vs.<br><br>CITY OF HAWTHORNE, a Governmental Entity; P. NAMBO (#50384); M. MATSON (#50372); and DOES 1-10 inclusive,<br><br>      Defendants. | Case No. 2:21-cv-09357-DSF-AS<br><br>**ORDER ON JOINT STIPULATION FOR THE DISMISSAL OF ACTION** |

    In light of the stipulation among the parties and the settlement among the parties, the entire action is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii). All parties are to bear their own costs arising out of this dismissal.

**IT IS SO ORDERED**.

Dated:  August 10, 2022               _/s/ Dale S. Fischer_
                                                     Hon. Dale S. Fischer
                                                     United States District Judge